UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-

                                           20 -MAG-    (   ) (   )

  Steve Rosado

                                  Defendant(s).

------------------------------------------------------------------X

Defendant __Steve Rosado_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____       _____
Defendant's Signature                                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Steve Rosado_____        _Marisa K. Cabrera_____
Print Defendant's Name                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/08/2020                                            _____
_____                                               U.S. District Judge/U.S. Magistrate Judge
Date